**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Sam's West, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORAZON DAYRIT TINTE,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB; DOES 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-00661-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff CORAZON DAYRIT TINTE, an individual, by and through her counsel, DE CASTROVERDE LAW GROUP and Defendant SAM'S WEST, INC. by and through their counsel, TYSON & MENDES, LLP, Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs

DATED this 3rd day of September, 2025.        DATED this 3rd day of September 2025.

**DE CASTROVERDE LAW GROUP**                    **TYSON & MENDES LLP**

 /s/ Millie Mumery                                                /s/ Griffith Hayes
ALEX J. DE CASTROVERDE                          GRIFFITH H. HAYES
Nevada Bar No. 6950                                  Nevada Bar No. 7374
MILLIE MUMMERY                                       2835 St. Rose Parkway, Suite 140
Nevada Bar No. 16594                                 Henderson, Nevada 89052
1149 South Maryland Pkwy.                        *Attorneys for Defendant Sam's West, Inc.*
Las Vegas, NV 89104
*Attorneys for Plaintiff*

1

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated this __4__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court